IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FRED WALKER, JR.,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4040

Opinion filed January 6, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Ross Goodman, Judge.

Fred Walker, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.